# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00640-CV

**Jaime Mendez Cuellar, Appellant**

**v.**

**Lorie Davis, Director, Texas Department of Criminal Justice, Appellee**

---

**FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-19-008910, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant has requested that this appeal be dismissed. We grant appellant's request and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: November 14, 2025